IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| VS. | : | |
| | : | NO: 14-388-02 |
| CHASE RUBIN | : | |

<u>**ORDER**</u>

**AND NOW,** on this **7**$^{th}$ day of **May, 2018,** it is hereby **ORDERED** that the sentencing hearing in the above-captioned matter scheduled for May 23, 2018 is **CONTINUED** until further order of the Court.

**IT IS SO ORDERED.**

        <u>s/Eduardo C. Robreno</u>
        **EDUARDO C. ROBRENO, J.**